■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURT MARICK, Appellant. — Judgment of the County Court, Suffolk County (Namm, J.), rendered September 22, 1983, affirmed (*see, People v Broadie,* 37 NY2d 100, 113, *cert denied* 423 US 950; *People v Donovan,* 59 NY2d 834). Thompson, J. P., Brown, Niehoff and Lawrence, JJ., concur.